43965

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 3 BOYS INVESTMENTS, LLC<br>　　　　　Plaintiff, | *<br>*<br>* |
| VERSUS | *　CIVIL ACTION NO. 2:22-CV-00012<br>* |
| CERTAIN UNDERWRITERS AT LLOYD'S,<br>LONDON | *　JUDGE BARRY W. ASHE<br>*<br>*　MAG. MICHAEL NORTH |
| 　　　　　Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CORPORATE DISCLOSURE STATEMENT OF
CERTAIN UNDERWRITERS AT LLOYD'S LONDON**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, Certain Underwriters at Lloyd's London subscribing to policy no. CLICPKG11543, through undersigned counsel, respectfully submit the following Corporate Disclosure Statement:

The following Underwriters subscribed to Policy no. CLICPKG11543:

**AXIS**

AXIS Managing Agency Ltd. Oversees AXIS Syndicate 1686 and Novae Syndicate 2007. The corporate capital providers of AXS 1686 are AXIS Corporate Capital UK Limited and AXIS Corporate Capital UK II Limited, which, in turn, are subsidiaries of other AXIS companies. AXIS Capital Holdings Limited is the ultimate parent company. The sole capital provider for Syndicate 2007 is AXIS Corporate Capital UK II Limited (formerly Novae Corporate Underwriting Limited), which is a subsidiary of other AXIS companies. AXIS Capital Holdings Limited is the ultimate parent company. No shareowner owns more than 10% of the stock of AXIS Capital Holdings Limited other than (1) T. Rowe Price which owns 11.5%; and (2) The Vanguard Group, which owns 10.04%.

        Respectfully submitted,

*/s/ Brent J. Carbo*
R. Todd Musgrave, Bar No.22840
Ethan N. Penn, Bar No.24596
Brent J. Carbo, Bar No. 30429
Theresa A. Sutherland, Bar No. 32321
Lindsey M. Devereux, Bar No. 36433
Musgrave, McLachlan, & Penn, L.L.C.
1515 Poydras St., Suite 2380
New Orleans, LA  70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
Email: rtm@mmpfirm.com
       bjc@mmpfirm.com
*Attorneys for Certain Underwriters at Lloyd's London subscribing to policy no. CLICPKG11543*

**CERTIFICATE OF SERVICE**

    I do certify that on this, the 1st day of April, 2022, the foregoing pleading has been filed using the electronic filing system of the United States District Court for the Eastern District of Louisiana, and, pursuant to local rule, constitutes service of same on all counsel of record herein. I further certify that the foregoing has been sent via U.S. Mail to all counsel for unrepresented parties who are not participating in the ECF system.

        */s/ Brent J. Carbo*
        Brent J. Carbo